IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES JOHNSON, individually, etc., )
)
Plaintiffs, )
)
v. ) No. 10 C 7861
)
AMTEC, LLC, et al., )
)
Defendants. )

## MEMORANDUM ORDER

Defendants in this Fair Labor Standards Act action moved on January 6 to compel opt-in plaintiff Matthew Williams ("Williams") to comply with outstanding discovery requests, and this Court then ordered that Williams respond to those requests on or before January 20. More than two weeks have elapsed beyond that due date, and Williams has failed to comply with the January 6 order. That being so, Williams is dismissed as a potential plaintiff in this action.

_____
Milton I. Shadur
Senior United States District Judge

Date:   February 7, 2012